William H. **FELD,** Appellant,

v.

Mary Frances **JOHNSON,** Respondent.

No. WD 46352.

Missouri Court of Appeals,
Western District.

July 13, 1993.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 31, 1993.

James A. Rahm, Rahm, Crawford & Wendel, Michael W. Bradley, Carrollton, for appellant.

R. Max Humphreys, Carson & Coil, Jefferson City, for respondent.

Before LOWENSTEIN, C.J., and TURNAGE and KENNEDY, JJ.

### ORDER

PER CURIAM:

Appeal from judgment in favor of the defendant in a suit for damages for personal injuries. Judgment affirmed. Rule 84.-16(b).